| | |
|---|---|
| 1 | MICHELLE A. CHILDERS (SBN #197064) |
| | SALLY F. WHITE (SBN #273765) |
| 2 | DRINKER BIDDLE & REATH LLP |
| | 50 Fremont Street, 20th Floor |
| 3 | San Francisco, CA  94105-2235 |
| | Telephone:    (415) 591-7500 |
| 4 | Facsimile:     (415) 591-7510 |
| | |
| 5 | T. HAROLD PINKLEY (SBN #230503) |
| | Butler Snow LLP |
| 6 | The Pinnacle at Symphony Place |
| | 150 – 3rd Avenue South, Suite 1600 |
| 7 | Nashville, TN  37201 |
| | Telephone:    (615) 651-6715 |
| 8 | Facsimile:     (615) 651-6701 |
| | |
| 9 | Attorneys for Defendant |
| | ETHICON, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA HAIRSTON, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>AMERICAN MEDICAL SYSTEMS, INC., C.R. BARD, INC., BOSTON SCIENTIFIC CORPORATION, ETHICON, INC., COLOPLAST CORPORATION and DOES 1-500, inclusive,<br><br>        Defendants. | Case No. 3:13-CV-05791-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANT'S STIPULATED MOTION TO STAY ALL PROCEEDINGS PENDING A DECISION TO TRANSFER TO MDL NO. 2325,** *IN RE AMERICAN MEDICAL SYSTEMS, INC., PELVIC REPAIR SYSTEM PRODUCTS LITIGATION*<br><br>Date:      January 24, 2014<br>Time:     9:00 a.m.<br>Judge:    Maxine M. Chesney<br>Dept:      Courtroom 7, 19th Floor |

WHEREAS, Plaintiffs originally filed this action against Defendants American Medical Systems, Inc. ("AMS"), C.R. Bard, Inc., Boston Scientific Corporation, Ethicon, Inc., and Coloplast Corporation (collectively "Defendants")  in the Superior Court of the State of California for the County of Alameda, Case No. HG13687233.

WHEREAS, on December 13, 2013, with the consent of all properly joined and served defendants, Defendant AMS removed this case to the United States District Court for the

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND PROPOSED ORDER
GRANTING MOT. TO STAY PENDING TRANSFER
SF01/ 922209.1

CASE NO. CV-05791-MMC

1 | Northern District of California on the basis of jurisdiction under 28 U.S.C. §§ 1332(a), (d), 1441,
2 | 1446, & 1453;
3 | WHEREAS, pursuant to 28 U.S.C. § 1407(a), on February 7, 2012, the Judicial Panel on
4 | Multidistrict Litigation ("JPML") issued a Transfer Order centralizing all MDL No. 2325 actions
5 | in the Southern District of West Virginia before the Honorable Joseph R. Goodwin, in *In re*
6 | *American Medical Systems, Inc., Pelvic Repair Sys. Prods. Liab. Litig.*, 844 F. Supp. 2d 1359
7 | (J.P.M.L. 2012);
8 | WHEREAS, this case involves questions of fact common to those cases pending in MDL
9 | 2325, and Defendant AMS filed a Notice of Potential Tag-Along Action with the JPML regarding
10 | this case, in accordance with the Rules of Procedure of the JPML; and
11 | WHEREAS, Defendant has moved this Court to stay all proceedings in this action
12 | pending a decision by the United States Judicial Panel on Multidistrict Litigation on the transfer
13 | of this action to the Southern District of West Virginia as part of MDL No. 2325 before the
14 | Honorable Joseph R. Goodwin. *See* 28 U.S.C. § 1407; Transfer Order, MDL No. 2325, *In re*
15 | *American Medical Systems, Inc., Pelvic Repair Sys. Prods. Liab. Litig.*, 844 F. Supp. 2d 1359
16 | (J.P.M.L. 2012);
17 | IT IS THEREFORE STIPULATED, by the parties through their respective counsel, as
18 | follows:
19 | The Stipulated Motion to Stay All Proceedings Pending Decision on Transfer to MDL No.
20 | 2325, *In re American Medical Systems, Inc., Pelvic Repair Sys. Prods. Liab. Litig.*, is
21 | GRANTED. The case is STAYED until further action by this Court or transfer by the United
22 | States Judicial Panel on Multidistrict Litigation. The parties are relieved of any pleading,
23 | discovery, or other obligation until further notice. The case is administratively closed pending a
24 | ruling on such transfer.
25 | IT IS SO STIPULATED.

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND PROPOSED ORDER
GRANTING MOT. TO STAY PENDING TRANSFER — - 2 - — CASE NO. CV-05791-MMC
SF01/ 922209.1

| | | |
|---|---|---|
| 1 | Dated: December 20, 2013 | REED SMITH LLP |

By: */s/ J. David Bickham*
J. David Bickham
Lynn A. Combs

Attorneys for Defendant
AMERICAN MEDICAL SYSTEMS, INC.

Dated: December 20, 2013            REED SMITH LLP

By: */s/ Eric J. Buhr*
Eric J. Buhr

Attorneys for Defendant
C.R. BARD, INC.

Dated: December 20, 2013            SHOOK HARDY & BACON LLP

By: */s/ Brian P. Ziska*
Brian P. Ziska

Attorneys for Defendant
BOSTON SCIENTIFIC CORPORATION

Dated: December 20, 2013            DRINKER BIDDLE & REATH LLP

By:*/s/ Michelle A. Childers*
Michelle A. Childers
Sally F. White

Attorneys for Defendant
ETHICON, INC.

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND PROPOSED ORDER
GRANTING MOT. TO STAY PENDING TRANSFER — - 3 - — CASE NO. CV-05791-MMC
SF01/ 922209.1

| | | |
|---|---|---|
| 1 | Dated: December 20, 2013 | FULBRIGHT & JAWORSKI LLP |
| 2 | | |
| 3 | | By: */s/ Lesley E. Swanson* |
| 4 | | Lesley E. Swanson |
| 5 | | Attorneys for Defendant<br>COLOPLAST CORPORATION |
| 6 | | |
| 7 | Dated: December 20, 2013 | POLLARD BAILEY |
| 8 | | |
| 9 | | By: */s/ Dylan F. Pollard* |
| 10 | | Dylan F. Pollard |
| 11 | | Attorneys for Plaintiffs |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 23, 2013

_[signature]_
JUDGE OF THE UNITED STATES DISTRICT COURT

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND PROPOSED ORDER
GRANTING MOT. TO STAY PENDING TRANSFER
SF01/ 922209.1                - 4 -                CASE NO. CV-05791-MMC