| | |
|---|---|
| 1 | MICHELLE A. CHILDERS (SBN #197064) |
| | SALLY F. WHITE (SBN #273765) |
| 2 | DRINKER BIDDLE & REATH LLP |
| | 50 Fremont Street, 20th Floor |
| 3 | San Francisco, CA 94105-2235 |
| | Telephone:    (415) 591-7500 |
| 4 | Facsimile:     (415) 591-7510 |

T. HAROLD PINKLEY (SBN #230503)
Butler Snow LLP
The Pinnacle at Symphony Place
150 – 3rd Avenue South, Suite 1600
Nashville, TN 37201
Telephone:    (615) 651-6715
Facsimile:     (615) 651-6701

Attorneys for Defendant
ETHICON, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA HAIRSTON, et al., | Case No. 3:13-CV-05791-MMC |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANT'S STIPULATED MOTION TO STAY ALL PROCEEDINGS PENDING A DECISION TO TRANSFER TO MDL NO. 2325,** *IN RE AMERICAN MEDICAL SYSTEMS, INC., PELVIC REPAIR SYSTEM PRODUCTS LITIGATION* |
| v. | |
| AMERICAN MEDICAL SYSTEMS, INC., C.R. BARD, INC., BOSTON SCIENTIFIC CORPORATION, ETHICON, INC., COLOPLAST CORPORATION and DOES 1-500, inclusive, | |
| Defendants. | Date:    January 24, 2014 |
| | Time:   9:00 a.m. |
| | Judge:  Maxine M. Chesney |
| | Dept:   Courtroom 7, 19th Floor |

WHEREAS, Plaintiffs originally filed this action against Defendants American Medical Systems, Inc. ("AMS"), C.R. Bard, Inc., Boston Scientific Corporation, Ethicon, Inc., and Coloplast Corporation (collectively "Defendants") in the Superior Court of the State of California for the County of Alameda, Case No. HG13687233.

WHEREAS, on December 13, 2013, with the consent of all properly joined and served defendants, Defendant AMS removed this case to the United States District Court for the

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND PROPOSED ORDER
GRANTING MOT. TO STAY PENDING TRANSFER
SF01/ 922209.1

CASE NO. CV-05791-MMC

1   Northern District of California on the basis of jurisdiction under 28 U.S.C. §§ 1332(a), (d), 1441,
2   1446, & 1453;
3       WHEREAS, pursuant to 28 U.S.C. § 1407(a), on February 7, 2012, the Judicial Panel on
4   Multidistrict Litigation ("JPML") issued a Transfer Order centralizing all MDL No. 2325 actions
5   in the Southern District of West Virginia before the Honorable Joseph R. Goodwin, in *In re*
6   *American Medical Systems, Inc., Pelvic Repair Sys. Prods. Liab. Litig.*, 844 F. Supp. 2d 1359
7   (J.P.M.L. 2012);
8       WHEREAS, this case involves questions of fact common to those cases pending in MDL
9   2325, and Defendant AMS filed a Notice of Potential Tag-Along Action with the JPML regarding
10  this case, in accordance with the Rules of Procedure of the JPML; and
11      WHEREAS, Defendant has moved this Court to stay all proceedings in this action
12  pending a decision by the United States Judicial Panel on Multidistrict Litigation on the transfer
13  of this action to the Southern District of West Virginia as part of MDL No. 2325 before the
14  Honorable Joseph R. Goodwin. *See* 28 U.S.C. § 1407; Transfer Order, MDL No. 2325, *In re*
15  *American Medical Systems, Inc., Pelvic Repair Sys. Prods. Liab. Litig.*, 844 F. Supp. 2d 1359
16  (J.P.M.L. 2012);
17      IT IS THEREFORE STIPULATED, by the parties through their respective counsel, as
18  follows:
19      The Stipulated Motion to Stay All Proceedings Pending Decision on Transfer to MDL No.
20  2325, *In re American Medical Systems, Inc., Pelvic Repair Sys. Prods. Liab. Litig.*, is
21  GRANTED.  The case is STAYED until further action by this Court or transfer by the United
22  States Judicial Panel on Multidistrict Litigation.  The parties are relieved of any pleading,
23  discovery, or other obligation until further notice.  The case is administratively closed pending a
24  ruling on such transfer.
25      IT IS SO STIPULATED.
26
27
28

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND PROPOSED ORDER
GRANTING MOT. TO STAY PENDING TRANSFER       - 2 -        CASE NO. CV-05791-MMC
SF01/ 922209.1

| | |
|---|---|
| Dated: December 20, 2013 | REED SMITH LLP |
| | By: */s/ J. David Bickham* |
| | J. David Bickham |
| | Lynn A. Combs |
| | Attorneys for Defendant |
| | AMERICAN MEDICAL SYSTEMS, INC. |
| Dated: December 20, 2013 | REED SMITH LLP |
| | By: */s/ Eric J. Buhr* |
| | Eric J. Buhr |
| | Attorneys for Defendant |
| | C.R. BARD, INC. |
| Dated: December 20, 2013 | SHOOK HARDY & BACON LLP |
| | By: */s/ Brian P. Ziska* |
| | Brian P. Ziska |
| | Attorneys for Defendant |
| | BOSTON SCIENTIFIC CORPORATION |
| Dated: December 20, 2013 | DRINKER BIDDLE & REATH LLP |
| | By:*/s/ Michelle A. Childers* |
| | Michelle A. Childers |
| | Sally F. White |
| | Attorneys for Defendant |
| | ETHICON, INC. |

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND PROPOSED ORDER
GRANTING MOT. TO STAY PENDING TRANSFER
SF01/ 922209.1
- 3 -
CASE NO. CV-05791-MMC

Dated: December 20, 2013					FULBRIGHT & JAWORSKI LLP

							By: */s/ Lesley E. Swanson*
							      Lesley E. Swanson

							Attorneys for Defendant
							COLOPLAST CORPORATION

Dated: December 20, 2013					POLLARD BAILEY

							By: */s/ Dylan F. Pollard*
							      Dylan F. Pollard

							Attorneys for Plaintiffs

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 23, 2013				[signature]
							JUDGE OF THE UNITED STATES
							DISTRICT COURT
DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND PROPOSED ORDER
GRANTING MOT. TO STAY PENDING TRANSFER
SF01/ 922209.1

- 4 -

CASE NO. CV-05791-MMC